IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>XAVIER LLOYD GARY,<br><br>        Defendant. | 4:22CR3148<br><br>ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |

      The defendant appeared before the Court on September 12, 2025 regarding Petition for Offender Under Supervision [103].  Jonathan Braaten represented the defendant.  Matthew Molsen represented the government.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

      The defendant appeared by summons, or is otherwise not in custody, and will not be detained.  Therefore, the defendant does not have right to a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release.  The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge John M. Gerrard in Courtroom No. 3, Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, at 10:00 a.m. on November 6, 2025.

      The government did not move for detention.  The defendant shall be released on the current terms and conditions of supervision.

      **IT IS SO ORDERED**.

Dated this 12th day of September, 2025.

                                                           BY THE COURT:

                                                           *s/ Jacqueline M. DeLuca*
                                                           United States Magistrate Judge